In Re: Connell SPAIN Sr., Plaintiff–Appellant.

No. 07–10485
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 4, 2007.

Connell Spain, Fort Worth, TX, pro se.

Before WIENER, GARZA and BENAVIDES, Circuit Judges.

PER CURIAM: *

DISMISSED.

<hr>

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.